**1652** CITY OF DETROIT vs. BOARD OF WATER COMMISSIONERS, No. 15246; 66 N. W., 377; 2 D. L. N., 915. (Certiorari to Wayne.)

To compel the board to supply water to the Detroit House of Correction free of charge.

The circuit judge granted the writ.

Reversed March 3, 1896, with costs of both courts.

**1653** CAMPAU vs. BOARD OF PUBLIC WORKS (Detroit), No. 11989, 86 M., 372.

To compel the approval of a plat presented by relator, and to compel the vacation of a plat presented by another.

Granted as to the plat presented by relator, and the vacation of the other plat denied June 5, 1891, without costs.

**1654** COMMON COUNCIL (Detroit) vs. BOARD OF PUBLIC WORKS (Detroit), No. 11989½.

To compel approval of plat submitted by Louis P. Campau. (See preceding case.)

**1655** VAN HUSAN vs. BOARD OF PUBLIC WORKS (Detroit) AND HEAMES (Register of Deeds), No. 12501.

To compel the Board of Public Works to approve, and the register of deeds to record, a plat.

Denied February 3, 1892, with costs.

The plat showed streets and alleys running north and south, and lots within the lines of east and west proposed streets not yet opened. See No. 1705.